# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHIGAN HEAD &
SPINE INSTITUTE, P.C.,

                      Case No. 2:17-cv-13815-SFC-DRG

    Plaintiff,

v.

LIBERTY MUTUAL INSURANCE         Hon. Sean F. Cox
COMPANY and LIBERTY MUTUAL
FIRE INSURANCE COMPANY,            Magistrate David R. Grand

    Defendants.

_____

## APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

A. Affidavit of Preston R. Fischer in Support of Liberty Mutual Insurance Company's Motion for Summary Judgment.

B. Michigan Personal Auto Policy Jacket AUTO 3422 Ed. 6-94 R1.

C. Illinois Personal Auto Policy Jacket AUTO 3615 Ed. 6-98.

D. The Complaint filed on June 25, 2014 in Lebanon Chiropractic Clinic, P.C., v. Liberty Mutual Insurance Company, et al., Illinois Circuit Court for St. Clair County, Case No. 14-1-52.

E. The Illinois Appellate Court's decision in Lebanon, 2016 IL App (5th) 150111-U (Feb. 9, 2016).

F. The Stipulation of Settlement in Lebanon, without exhibits, dated October 30, 2014.

G. The Order Preliminarily Approving Class Settlement in Lebanon, without exhibits, dated October 31, 2014.

H. Affidavit of Tore Hodne in Support of Liberty Mutual Insurance Company's Motion for Summary Judgment.

I.  The Order Modifying Class Settlement Schedule in <u>Lebanon</u>, dated December 2, 2014.
J.  The Final Order and Judgment Approving Settlement and Dismissing this Action with Prejudice in <u>Lebanon</u>, dated February 23, 2015.
K.  An Objection to Proposed Class Action Settlement, dated January 15, 2015, filed in <u>Lebanon</u> by Attorney Brian McNiff.
L.  The Notice of Intention to Object of Dr. Gregory Gordon, D.C., without exhibits, filed in <u>Lebanon</u>, dated January 21, 2015.
M.  Printout from the Michigan Secretary of State's Website generated on April 10, 2018.
N.  Supplemental Affidavit of Kim Schmidt filed in <u>Lebanon</u>, dated February 13, 2015.
O.  Amended Complaint filed in <u>Michigan Head & Spine Institute, P.C. v. Liberty Mutual Insurance Company</u>, et. al, Docket No. 2017-160261-NF (Oakland County Circuit Court). [1]
P.  Affidavit of Thomas R. Sutcliffe in Support of Liberty's Motion for Summary Judgment.
Q.  Key Cases Cited in Brief in Support of Motion for Summary Judgment.
   1. <u>King v. S. Cent. Bell Tel. & Tel. Co.</u>, 790 F.2d 524 (6th Cir. 1986).
   2. <u>In re Diet Drugs Products Liab. Litig.</u>, 431 F.3d 141 (3d Cir. 2005).
   3. <u>Liberty Mutual Ins. Co. v. Peoples Best Care Chiropractic and Rehab. Inc.</u>, 1684CV01239BLS2, 2017 WL 2427562 (Mass Super. Ct., April 7, 2017).

---

[1] Some of the exhibits originally attached to the Amended Complaint, which are not relevant here, have been omitted.