# EXHIBIT A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MICHIGAN HEAD &
SPINE INSTITUTE, P.C.,

      Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY and LIBERTY MUTUAL
FIRE INSURANCE COMPANY,

      Defendants.

Case No. 2:17-cv-13815-SFC-DRG

Hon. Sean F. Cox

Magistrate David R. Grand

---

## AFFIDAVIT OF PRESTON R. FISCHER IN SUPPORT OF LIBERTY MUTUAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

I, Preston Ross Fischer, being duly sworn, do on oath depose and state as follows:

1.     I work for Liberty Mutual Insurance Company ("Liberty") as a Claims Manager. The following is based upon my personal knowledge and Liberty's business records, which I have reviewed and with which I am familiar as part of my job functions.

2.     Liberty issues personal automobile insurance policies in Michigan and throughout the United States which provide no-fault Personal Injury Protection

("PIP") benefits as required by applicable state laws, including Mich. Comp. Laws. § 500.3105.

3.    To assess the reasonableness of PIP charges in a cost effective manner, Liberty uses a computerized bill-review system which, among other things, compares the billed charges for medical treatment to a database of charges for similar services provided in the same geographic area.  If such a comparison reveals that a particular charge exceeds the 80th percentile of charges for the same treatment in the same geographic area, Liberty will usually pay the 80th percentile charge reflected in the medical-charge database.

4.    Since 2011, Liberty's computerized bill-review system has used medical-charge databases maintained and provided by a non-profit company called FAIR Health, Inc. ("FAIR Health").

5.    Michigan Head & Spine Institute, P.C. ("MHSI") treats Liberty insureds and submits bills to Liberty for payment under its patients' PIP coverage.

6.    Between June 25, 2010 and October 31, 2014, MHSI submitted PIP bills to Liberty for medical services covered by Liberty automobile policies.  In some instances, as a result of Liberty's use of the computerized bill-review process described above: (a) Liberty determined that the charges submitted by MHSI for certain treatment exceeded the reasonable amount for those services; and (b) Liberty

2

paid MHSI at the 80th percentile charge reflected in the relevant FAIR Health databases rather than the higher amounts.

7.      Since 2014, MHSI has continued to submit PIP bills to Liberty, and Liberty has continued to take reductions to many of the charges in those invoices using the FAIR Health databases.  That includes reductions Liberty has taken to numerous charges submitted by MHSI in 2016 and 2017.  For every FAIR Health-related reduction, Liberty has applied the methodology set forth in Paragraphs 3 and 6 *supra*; that is, Liberty compared the amount MHSI charged against the charges for similar services provided in the same geographic area and paid MHSI up to the 80th percentile of those charges.

SIGNED UNDER THE PENALTY OF PERJURY THIS 21st DAY OF MAY, 2018.

Preston Ross Fischer

3