# EXHIBIT H

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN HEAD &
SPINE INSTITUTE, P.C.,

      Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY and LIBERTY MUTUAL
FIRE INSURANCE COMPANY,

      Defendants.

Case No. 2:17-cv-13815-SFC-DRG

Hon. Sean F. Cox

Magistrate David R. Grand

---

**AFFIDAVIT OF TORE HODNE IN SUPPORT OF LIBERTY MUTUAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

I, Tore Hodne, being duly sworn, do on oath depose and state as follows:

1.     I am a Director for Client Services for Rust Consulting, Inc. ("Rust Consulting"). The following is based upon my personal knowledge and Rust Consulting's business records, which I have reviewed and with which I am familiar as part of my job functions.

2.     Rust Consulting specializes in class action notification and claims administration, including telephone and web-based support, direct mail services, claims processing, and settlement fund distribution. Founded

in 1976, Rust Consulting began its claims administration practice in 1989 and has extensive experience in class action matters, having provided services in class actions ranging in size from 100 to 100 million class members, and has provided notification and/or claims administration services for over 4,500 projects.

3.     Rust Consulting was engaged by the defendants in <u>Lebanon Chiropractic Clinic P.C. v. Liberty Mutual Ins. Co., et al.</u>, Illinois Circuit Court for St. Clair County, Case No. 14-1-521 ("<u>Lebanon</u>") to administer the Stipulation of Settlement entered into on October 30, 2014. As part of my role as Director for Client Services, I worked with a team of professionals at Rust Consulting to affect this administration, and those related tasks have included the following:

    a.  compiling notice lists for the Claimant, Provider, and Policyholder Subclasses, as those subclasses were defined in the Order Preliminarily Approving Class Settlement entered on October 31, 2014 (attached to the Appendix of Exhibits in Support of Liberty's Motion for Summary Judgment ("Appendix") as Exhibit G);

    b.  printing and mailing of the notices and claim forms as ordered in the Order Modifying Class Settlement Schedule, entered on

2

December 2, 2014 (attached to the Appendix as Exhibit I),

namely the Individual Notice sent to potential members of the

Claimant and Provider Subclasses, the Individual Notice sent to

potential members of the Policyholder Subclass, the Claim

Form sent to potential members of the Claimant Subclass, and

the Claim Form sent to potential members of the Provider

Subclass;

c.  establishing a post office box for receipt of communications

from Potential Class Members regarding the proposed class

settlement;

d.  establishing a website for Potential Class Members to access

additional information and posting on that website for review

and printing by Potential Class Members a copy of the October

30, 2014 Stipulation of Settlement (attached to the Appendix as

Exhibit F), a copy of the October 31, 2014 Order Preliminarily

Approving Class Settlement, a copy of the December 2, 2014

Order Modifying Class Settlement Schedule, a copy of the

Individual Notice in substantially the same form as Exhibit A to

the Order Modifying Class Settlement Schedule, a copy of the

Claimant Subclass Claim Form in substantially the same form

3

as Exhibit C to the Order Modifying Class Settlement Schedule, a copy of the Provider Subclass Claim Form in substantially the same form as Exhibit D to the Order Modifying Class Settlement Schedule, and a copy of the Detailed Notice in substantially the same form as Exhibit E to the Order Modifying Class Settlement Schedule.

e.  establishing and maintaining a toll-free number for Potential Class Members to call for additional information;

f.  receiving and processing exclusion requests submitted by Class Members; and

g.  receiving and processing Claimant Subclass Claim Forms and Provider Subclass Claim Forms submitted by Class Members.

4.  In accordance with the terms of the Stipulation of Settlement and the Order Preliminarily Approving Class Settlement, Rust Consulting formatted and arranged the printing of the Individual Notice sent to potential members of the Claimant and Provider Subclasses, the Individual Notice sent to potential members of the Policyholder Subclass, the Claim form sent to potential members of the Claimant Subclass, and the Claim Form sent to potential members of the Provider Subclass.

4

iManageDB1\100887\000107\2950607.v1-5/14/18

5.    Rust Consulting obtained a mailing address (P.O. Box 1986, Faribault, Minnesota 55021-6182) to receive communications about the proposed class settlement from Potential Class Members.

6.    Between October 23, 2014, and November 12, 2014, Rust Consulting received raw data from counsel containing names and addresses for potential members of the Claimant and Provider Subclasses. Each of the different collections of data was combined into separate master files for potential members of the Claimant and Provider Subclasses, and each of those master files was de-duplicated to ensure that each master file has only one unique entry for each of the potential members of the Claimant and Provider Subclasses. The duplicates were determined by exact name and address. The resulting master files contained 120,092 names and addresses for potential members of the Claimant Subclass and 47,576 names and addresses for potential members of the Provider Subclass.

7.    These 167,668 names and addresses were run through the National Change of Address ("NCOA") database. A total of 20,143 records received an updated address from NCOA. A total of 64,947 records were sent to LexisNexis for Trace. A total of 24,590 records received an updated address from Trace.

5

8. On December 22, 2014, Rust Consulting mailed a copy of the Individual Notice in substantially the same form as Exhibit A to the Order Modifying Class Settlement Schedule and a copy of the Provider Subclass Claim Form in substantially the same form as Exhibit D to the Order Modifying Class Settlement Schedule to the 47,576 potential members of the Provider Subclass.

9. In accordance with the terms of the Stipulation of Settlement and the Order Preliminarily Approving Class Settlement, if a mailing to a potential member of the Class was returned with a new address from the United States Postal Service, Rust Consulting remailed the mailing to the updated address within five business days. A total of 1,053 records were mailed to an updated address from the United States Postal Service.

10. In accordance with the terms of the Stipulation of Settlement and the Order Preliminarily Approving Class Settlement, if a mailing to a potential member of the Class was returned without an updated address from the United States Postal Service, Rust Consulting took the following steps to re-send the mailing: (i) if the returned mailing was originally sent to an address that was not generated by NCOA or Trace, the address was sent to LexisNexis for Trace and was remailed to any new address resulting from that Trace, or (ii) if the returned mailing was originally sent to an address

6

that was generated by NCOA or Trace, the address was either sent to LexisNexis for Trace and was remailed to any new address resulting from that Trace, or was sent to the original Last Known Address received from Defendants' counsel. A total of 37,070 records were sent to Trace. A total of 14,525 records were mailed to the updated address from Trace. A total of 5,335 records were mailed to the original Last Known Address.

11.     The website www.lebanonpipsettlement.com was activated on December 22, 2014. This website provides general information on the proposed class settlement and contains links to the following documents for review and printing by Potential Class Members: a copy of the October 30, 2014 Stipulation of Settlement, a copy of the October 31, 2014 Order Preliminarily Approving Class Settlement, a copy of the December 2, 2014 Order Modifying Class Settlement Schedule, a copy of the Individual Notice in substantially the same form as Exhibit A to the Order Modifying Class Settlement Schedule, a copy of the Claimant Subclass Claim Form in substantially the same form as Exhibit C to the Order Modifying Class Settlement Schedule, a copy of the Provider Subclass Claim Form in substantially the same form as Exhibit D to the Order Modifying Class Settlement Schedule, and a copy of the Detailed Notice in substantially the same form as Exhibit E to the Order Modifying Class Settlement Schedule.

7

12.   As of January 26, 2015, there were 37,182 hits to the website with 28,559 of them being unique.

13.   A toll-free number (1-866-591-7240) was activated on December 22, 2014. This number provides general information on the proposed class settlement, provides answers to frequently asked questions, and provides an option to leave a message and request a Claimant Subclass Claim Form or a Provider Subclass Claim Form.

14.   As of January 26, 2015, 36,644 calls had been received.

15.   Michigan Head & Spine Institute, P.C. ("MHSI") was one of the members of the Provider Subclass to whom Rust Consulting mailed notice of the Lebanon settlement. Notice to MHSI was mailed to the following addresses:

a.  29275 Northwestern Hwy, Ste. 100, Southfield, MI 48034.

b.  3577 W. 13 Mile Rd., # 206, Royal Oak, MI 48073.

c.  46325 W. 12 Mile Rd., Ste. 100, Novi, MI 48377.

d.  6071 W. Outer Dr., Detroit, MI 48235.

e.  22250 Providence Dr., Ste. 300, Southfield, MI 48075.

16.   The mailing sent to the address listed above in Paragraph 15(e) was returned as undeliverable. However, none of the mailings sent to any of the other addresses listed in Paragraph 15 were returned as undeliverable.

8

17.     Rust Consulting's records indicate that MHSI did not submit a request for exclusion from the settlement class.

SIGNED UNDER THE PENALTY OF PERJURY THIS 14Th DAY OF May, 2018.

_____
Tore Hodne

9