EXHIBIT I

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

LEBANON CHIROPRACTIC CLINIC, P.C.,
Individually and on behalf of all others similarly
situated,

      Plaintiff,

vs.

LIBERTY MUTUAL INSURANCE
COMPANY, LIBERTY MUTUAL FIRE
INSURANCE COMPANY, SAFECO
INSURANCE COMPANY OF AMERICA, and
SAFECO INSURANCE COMPANY OF
ILLINOIS,

      Defendants.

No. 14-L-521

```
            FILED
      ST. CLAIR COUNTY

        DEC 0 2 2014

67                CIRCUIT CLERK
```

## ORDER MODIFYING CLASS SETTLEMENT SCHEDULE

WHEREAS Plaintiff Lebanon Chiropractic Clinic, P.C. ("Plaintiff"), on behalf of itself

and a proposed Settlement Class, and Defendants Liberty Mutual Insurance Company, Liberty

Mutual Fire Insurance Company, Safeco Insurance Company of America, and Safeco Insurance

Company of Illinois, and several of their affiliates (collectively, "Liberty") have agreed, subject to

Court approval, to settle this litigation upon the terms and conditions stated in the Corrected

Stipulation of Settlement filed on October 30, 2014 (the "Stipulation");

WHEREAS the Court preliminarily approved the proposed settlement in an Order

Preliminarily Approving Class Settlement dated October 31, 2014.

WHEREAS Plaintiffs and Liberty have requested a modification of the schedule set in

the October 31, 2014, Order for distributing Class Notice and holding the hearing to consider

final approval of the settlement.

NOW, THEREFORE, based upon the Stipulation and the presentations of counsel, and it appearing that that the Court should modify the schedule for distributing Class Notices and holding a hearing to determine whether the proposed Class Settlement is fair, reasonable, adequate, and in the best interests of the Settlement Class,

IT IS HEREBY ORDERED THAT:

1. Liberty and the Administrator shall complete the mailing of the Individual Notices and Claim Forms to potential Class Members on or before December 22, 2014.

2. The Individual Notice sent to potential members of the Claimant and Provider Subclasses shall be substantially in the form attached hereto as Exhibit A. The Individual Notice sent to potential members of the Policyholder Subclass shall be a postcard substantially in the form attached hereto as Exhibit B. The Claim Form sent to potential members of the Claimant Subclass shall be substantially in the form attached hereto as Exhibit C. The Claim Form sent to potential members of the Provider Subclass shall be substantially in the form attached hereto as Exhibit D.

3. In addition, Liberty and the Administrator shall establish on or before December 22, 2014 a website for Potential Class Members to access for additional information and post on that website for review and printing by Potential Class Members a copy of this Stipulation, a copy of the October 31, 2014, Order Preliminarily Approving the Class Settlement, a copy of this Order Modifying Class Settlement Schedule, a copy of the Individual Notice, a copy of the Claimant Subclass Claim Form, a copy of the Provider Subclass Claim Form, and a Detailed Notice substantially in the form attached hereto as Exhibit E. Liberty and the Administrator shall also establish and maintain a toll-free telephone number for Potential Class Members to call for additional information.

4.      The hearing to consider the fairness, reasonableness, and adequacy of the proposed Settlement (the "Fairness Hearing") will be held at 9:00 a.m., February 5, 2015, in Courtroom No. 403 of the Circuit Court of St. Clair County, Illinois, St. Clair County Building, #10 Public Square, Belleville, IL 62220, as set forth in the Individual Notices and the Detailed Notice.

5.      Potential Class Members who wish to exclude themselves from the Settlement Class must submit written requests for exclusion complying with the provisions of and containing the information requested by the Detailed Notice and the Stipulation. To be effective, such a request must be sent by first-class mail to the Administrator at the address provided in the Class Notice and postmarked not later than January 22, 2015.

6.      On or before January 29, 2015, Class Counsel shall file with the Court and serve upon Liberty's Counsel a declaration of the Administrator, reporting the number and status of any requests for exclusion.

7.      Class Members who do not request exclusion from the Settlement Class may object to the Proposed Settlement by filing written notices of intent to object complying with the provisions of and containing the information requested by the Detailed Notice and the Stipulation not later than January 22, 2015.

8.      Except as modified by this Order, all terms of the October 31, 2014, Order Preliminarily Approving Class Settlement shall remain in full force and effect.

9.      Upon a showing of good cause, the Court may extend any of the deadlines set forth in this Order without further notice to the Settlement Class.

IT IS SO ORDERED.

Dated this _____ day of _____, 2014.

_____
CIRCUIT COURT JUDGE

US 3139056v.2

4

# EXHIBIT A

LEGAL NOTICE

# You could get money from a class action settlement about payment of medical expenses under Liberty auto policies.

A settlement has been reached in a class-action lawsuit called *Lebanon Chiropractic Clinic, P.C. v. Liberty Mutual Insurance Company, et al.*, Case No. 14-L-521 in the Circuit Court of St. Clair County, Illinois, challenging the use of computerized bill-review systems by Liberty Mutual Insurance Company and several of its affiliates (collectively, "Liberty") to limit payments to medical providers and injured people for medical treatments covered under personal auto policies. The settlement pays money to eligible people who submit valid claim forms.

The Circuit Court of St. Clair County, Illinois, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. Those included in the class action, together called a "Class," may ask for a payment, exclude themselves from the settlement, object to it, or ask to speak at the hearing. There is a detailed notice available by calling toll free or going to the website below.

## WHO'S INCLUDED?

Liberty's records indicate you may be a Class member if you received this in the mail.

The settlement includes these "Liberty" insurers: Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, The First Liberty Insurance Corporation, Liberty Personal Insurance Company, Liberty Insurance Corporation, Liberty Lloyds of Texas Insurance Company, LM General Insurance Company, LM Personal Insurance Company, Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana, Safeco Insurance Company of Oregon, Safeco National Insurance Company, Safeco Surplus Lines Insurance Company, General Insurance Company of America, First National Insurance Company of America, American States Insurance Company, American States Preferred Insurance Company, and American Economy Insurance Company.

The settlement includes personal auto policies delivered by a Liberty insurer to policyholders in the following "Settlement States": Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, District of Columbia, Georgia, Idaho, Illinois, Indiana, Iowa, Kansas, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, North Carolina, North Dakota, Ohio, South Carolina, South Dakota, Tennessee, Texas, Vermont, Virginia, Washington, Wisconsin and Wyoming.

You may be in one or more "Subclasses" if:

Policyholder Subclass: On October 31, 2014, you were a named insured under a personal auto policy that was issued by Liberty in one of the Settlement States and provided Medical Payments ("MedPay") or Personal Injury Protection ("PIP") coverage. Liberty policyholders may also be in the Claimant Subclass.

Claimant Subclass: During the period from June 25, 2004, through October 31, 2014, you suffered injuries that were covered by MedPay or PIP coverage under a Liberty policy issued in a Settlement State; received medical treatment for those injuries; sought payment for the treatment through a Liberty policy (or allowed someone else to seek payment on your behalf); and received from Liberty a total payment that was less than the amount billed for that treatment. You don't have to be a Liberty policyholder to be in the Claimant Subclass.

Provider Subclass: During the period from June 25, 2004, through October 31, 2014, you provided medical treatment to a member of the Claimant Subclass; sought payment under the MedPay or PIP coverage provided by a Liberty policy; and received from Liberty a total payment that was less than the amount billed for that treatment.

Also, to be a Claimant or Provider Subclass member, the amount paid to you by Liberty must have been based on Liberty's determination that the amount billed for that treatment exceeded the usual, customary, or reasonable allowance for that treatment.

Not sure if you are included? Get the detailed notice which tells you even more about who is included.

## WHAT DOES THE SETTLEMENT PROVIDE?

The settlement will pay cash to eligible Claimant and Provider Subclass members who timely submit properly completed claim forms. Although there is no cap on the total amount of such payments, Liberty estimates that the total payable to Claimant and Provider Subclass members in accordance with the Settlement is approximately $3.6 million.

Also, over the next five years, Liberty will use agreed-upon methods to adjust MedPay and PIP claims, and publicize those methods on www.LibertyMutual.com and in materials provided to policyholders, claimants, and medical providers. A settlement agreement, available at the website or by calling toll free 1-866-591-7240, describes all of the details about the proposed settlement. The Court did not decide that Liberty did anything wrong. Instead, Liberty agreed to resolve the case and give benefits to the Class.

## HOW MUCH COULD YOU GET?

Payments to eligible Claimant and Provider Subclass members will be 50% of the amount of money that you show you lost as a result of the "differences" described below.

Policyholder Subclass: To get a payment you must be a Claimant or Provider Subclass member.

Claimant Subclass: If you paid any portion of the difference between a) the amount billed for a treatment and b) the amount Liberty reimbursed for that treatment through Liberty's use of Ingenix MDR databases, you're eligible for 50% of that difference you paid.

Provider Subclass: If you did not collect (from your patient or any other source) the full amount of the difference between a) the amount billed for covered treatment of a member of the Claimant Subclass and b) the amount Liberty reimbursed for that treatment as a result of its use of Ingenix MDR databases, you're eligible for 50% of that difference that you did not collect from any source.

## HOW DO YOU ASK FOR A PAYMENT?

Complete the appropriate claim form and mail it with the documents it asks for, postmarked by April 6, 2015, to the address on the form. Get a claim form by calling 1-866-591-7240 or going to www.LebanonPipSettlement.com.

## WHAT ARE YOUR OTHER OPTIONS?

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by January 22, 2015 or you won't be able to sue Liberty about the claims in this case ever again. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by January 22, 2015. The detailed notice explains how to exclude yourself or object.

The Court will hold a hearing in this case (*Lebanon Chiropractic Clinic, P.C. v. Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Company of America, and Liberty Insurance Company of Illinois*, Case No. 14-L-521) on February 5, 2015, to consider whether to approve the settlement, and a request by the lawyers representing Class members (including Robert W. Schmieder II and Bradley M. Lakin of SL Chapman LLC in St. Louis, MO) for attorneys' fees, costs and expenses of up to $1,200,000, and an award of up to $3,000 for Lebanon Chiropractic Clinic, P.C., who is a Class member like you and was appointed by the Court to represent Class members in the case. Any fees, costs, expenses and payments that the Court approves will be paid separately by Liberty. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. If the Court approves the settlement, Liberty will be released from all liability for the claims in this case. The settlement agreement explains this fully.

## HOW DO YOU GET MORE INFORMATION?

To learn more, call toll free, visit the website, or write to Liberty Lebanon Claims, P.O. Box 1986, Faribault, MN 55021-6182.

### 1-866-591-7240
### www.LebanonPipSettlement.com

- 1 -

# EXHIBIT B

A proposed settlement has been reached in *Lebanon Chiropractic Clinic v. Liberty Mutual*, Case No. 14-L-521 in the Circuit Court of St. Clair County, Illinois, and your rights could be affected.

The lawsuit alleges that Liberty Mutual affiliated insurers ("Liberty") improperly adjusted claims for payment of medical expenses under Medical Payments ("MedPay") and Personal Injury Protection ("PIP") coverage provided by personal auto policies issued in 39 "Settlement States." Liberty denies these allegations. *See* the website for the affiliated insurers and the Settlement States.

You might be included in the settlement between Liberty and three "subclasses": "Policyholders," "Claimants," and "Providers." Policyholders are people who, on October 31, 2014, were named insureds under personal auto policies that provided MedPay and/or PIP coverage and were issued by Liberty in the "Settlement States." Claimants are people who filed claims for MedPay and/or PIP benefits under such policies between June 25, 2004 and October 31, 2014, and Providers are doctors and others who treated Claimants.

Liberty will pay cash to eligible Claimants and Providers. Also, Liberty will use agreed methods to adjust MedPay and/or PIP claims in the future and publicize those methods on its website and in materials provided to Policyholders, Claimants, and Providers. *See* claims filing information at the website below.

The Court will hold a hearing on February 5, 2015, to consider approval of the settlement and a request by the lawyers representing Class members (including Robert W. Schmieder II and Bradley M. Lakin of SL Chapman LLC) for attorneys' fees, costs and expenses of up to $1,200,000, and an award of up to $3,000 in incentive fees for the Class member appointed to represent the Class. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. If the settlement is approved it will release Liberty from liability for the claims in the case.

If you don't want to be legally bound by this settlement, you must exclude yourself by January 22, 2015. If you don't exclude yourself, you won't be able to sue Liberty about the claims in this case ever again. If you do not exclude yourself, you may object to the settlement by January 22, 2015. The detailed notice explains how to exclude yourself or object. To learn more:

## 1-866-591-7240
## LebanonPipSettlement.com

Notice Administrator For Circuit Court
P.O. Box 2200
Faribault, MN 55021-1600

## Legal Notice of Class Action Settlement Involving Liberty Policies.

- <<SequenceNo>>

<<Name1>>
<<Name2>>
<<Name3>>
<<Name4>>
<<Address1>>
<<Address2>>
<<City>> <<State>> <<Zip10>>
<<CountryName>>

# EXHIBIT C

Notice Administrator For Circuit Court
P.O. Box 2200
Faribault, MN 55021-1600

## Legal Notice of Class Action Settlement Involving Liberty Policies.

FOR OFFICIAL USE ONLY

01

Page 1 of 2

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ – <<SequenceNo>>
* B A R C O D E 3 9 *

<<Name1>>
<<Name2>>
<<Name3>>
<<Name4>>
<<Address1>>
<<Address2>>
<<City>> <<State>> <<Zip10>>
<<CountryName>>

## CLAIMANT SUBCLASS CLAIM FORM

### Lebanon Chiropractic Clinic, P.C. v. Liberty Mutual et al. Class Action Settlement

This form is for Claimant Subclass members. For a Provider Subclass form, call 1-866-591-7240 or go to www.LebanonPipSettlement.com.

Fill out and submit this claim form if, between June 25, 2004 and October 31, 2014, you suffered injuries that were covered by the Personal Injury Protection (PIP) or Medical Payments (MedPay) coverage provided by a personal automobile policy issued by a "Liberty" insurer in a "Settlement State," (see below) received medical treatment for those injuries, sought payment for that treatment under the Liberty policy (or allowed someone else to seek payment on your behalf); and received from Liberty a total payment that was less than the amount billed because Liberty determined that the billed charge exceeded the usual, customary, or reasonable allowance. Read the notice to learn more about eligibility and benefits available.

"Liberty" insurers are: Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, The First Liberty Insurance Corporation, Liberty Personal Insurance Company, Liberty Insurance Corporation, Liberty Lloyds of Texas Insurance Company, LM General Insurance Company, LM Personal Insurance Company, Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana, Safeco Insurance Company of Oregon, Safeco National Insurance Company, Safeco Surplus Lines Insurance Company, General Insurance Company of America, First National Insurance Company of America, American States Insurance Company, American States Preferred Insurance Company, and American Economy Insurance Company.

The "Settlement States" are: Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, District of Columbia, Georgia, Idaho, Illinois, Indiana, Iowa, Kansas, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, North Carolina, North Dakota, Ohio, South Carolina, South Dakota, Tennessee, Texas, Vermont, Virginia, Washington, Wisconsin and Wyoming.

Please print clearly in blue or black ink. This Claim Form must be mailed and postmarked by April 6, 2015. Remember to sign your Claim Form before you mail it and include all requested documentation that you have available.

**1.  Class Member Information.**

Name: _____

Number and Street: _____

City: _____ State: _____ Zip Code: _____

Contact Name: _____

Daytime Phone: ( _____ ) _____ – _____

**2.  Claim Information.**

Page 2 of this claim form requests information regarding the treatment for which you seek payment. If you seek payment for more than one treatment, please photocopy Page 2 and complete a separate copy regarding each treatment for which you seek payment.

**3.  Required Documentation.**

You need to attach any of the following that you have in your possession:

- Any documents you received from Liberty regarding the claim, including Explanations of Benefits (EOBs), Explanations of Payments (EOPs), or Explanations of Reviews (EORs), and correspondence regarding the claim; and
- Any documents showing whether any person other than Liberty was billed for–or paid–any of the cost of any covered treatment (e.g., copies of any EOBs, EOPs, or EORs, medical bills, correspondence, and/or insurance claim forms related to the covered treatment and copies of any cancelled checks or other documents demonstrating payment for the covered treatment).

**4.  Sign and Date Your Claim Form.**

I certify under penalty of perjury that I have read this Claim Form; I believe I am eligible for Class Membership; all of the information on this Claim Form is true and correct to the best of my knowledge; I have made a diligent search for the documents described in Part 3 above; and I have attached to or enclosed with this Claim Form all such documents that I have been able to locate.

Signature: _____ Date: _____ / _____ / _____

Print Name: _____

**5.  Mail Your Claim Form.**

Claim Form must be postmarked by April 6, 2015 and mailed to:

Liberty Lebanon Claims
P.O. Box 1986
Faribault, MN 55021-6182


* 4 5 0 1 *


* C F *





**CLAIM INFORMATION ABOUT TREATMENTS.**

Please provide the following information regarding the treatment for which you seek payment under the settlement. If you seek payment for more than one treatment, please photocopy this page as necessary and complete a separate copy regarding each treatment for which you seek payment.

a.   Name of person treated: _____

b.   Number and Street: _____

c.   City: _____ State: _____ Zip Code: _____

d.   Approximate Date of Accident: _____ _____ / _____ _____ / _____ _____ _____ _____

e.   Approximate Date of Treatment: _____ _____ / _____ _____ / _____ _____ _____ _____

f.   Nature of the treatment: _____

g.   Approximate date Claim was submitted to Liberty: _____ _____ / _____ _____ / _____ _____ _____ _____

h.   Liberty Policy Number (if known): _____

i.   Liberty Claim Number (if known): _____

j.   Total amount billed by your Medical Provider for the treatment: $ _____

k.   Total amount paid by Liberty for the treatment: $ _____

l.   Did your Medical Provider bill you for any amount unpaid by Liberty?: _____

m.   If you received a bill from your Medical Provider for a balance unpaid by Liberty, how much, if anything, did you pay in response to that bill?

     $ _____

n.   Did another insurance company (or anyone else) reimburse you for the amount, if any, you paid in response to that bill? _____

**A NOTE ABOUT CLAIMS ADMINISTRATION.**

Please be patient. If your claim is approved, you will receive a letter telling you what your payment will be. The letter will explain the process and deadlines to resolve any disagreement you may have with your payment amount.

# EXHIBIT D

Notice Administrator For Circuit Court
P.O. Box 2200
Faribault, MN 55021-1600

## Legal Notice of Class Action Settlement Involving Liberty Policies.

 – <<SequenceNo>>

<<Name1>>
<<Name2>>
<<Name3>>
<<Name4>>
<<Address1>>
<<Address2>>
<<City>> <<State>> <<Zip10>>
<<CountryName>>

| FOR OFFICIAL USE ONLY |
| --- |
| 01 |

Page 1 of 2

## PROVIDER SUBCLASS CLAIM FORM
### Lebanon Chiropractic Clinic, P.C. v. Liberty Mutual et al. Class Action Settlement

This form is for Provider Subclass members. For a Claimant Subclass form, call 1-866-591-7240 or go to www.LebanonPipSettlement.com.

Fill out and submit this claim form if, between June 25, 2004 and October 31, 2014, you provided medical treatment to a member of the Claimant Subclass; sought payment under the Personal Injury Protection (PIP) or Medical Payments (MedPay) coverage provided by a personal automobile policy issued by "Liberty" in a "Settlement State," and received from Liberty a total payment that was less than the amount billed for that treatment because Liberty determined that the billed charge exceeded the usual, customary, or reasonable allowance. Read the notice to learn more about eligibility and benefits available.

"Liberty" insurers are: Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, The First Liberty Insurance Corporation, Liberty Personal Insurance Company, Liberty Insurance Corporation, Liberty Lloyds of Texas Insurance Company, LM General Insurance Company, LM Personal Insurance Company, Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana, Safeco Insurance Company of Oregon, Safeco National Insurance Company, Safeco Surplus Lines Insurance Company, General Insurance Company of America, First National Insurance Company of America, American States Insurance Company, American States Preferred Insurance Company, and/or American Economy Insurance Company.

The "Settlement States" are: Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, District of Columbia, Georgia, Idaho, Illinois, Indiana, Iowa, Kansas, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, North Carolina, North Dakota, Ohio, South Carolina, South Dakota, Tennessee, Texas, Vermont, Virginia, Washington, Wisconsin and/or Wyoming.

Please print clearly in blue or black ink. This Claim Form must be mailed and postmarked by April 6, 2015. Remember to sign your Claim Form before you mail it and include all requested documentation that you have.

**1.      Class Member Information.**

Name: _____

Tax Payer Identification: _____

Number and Street: _____

City: _____ State: _____ Zip Code: _____

Contact Name: _____

Daytime Phone: ( _____ _____ _____ ) _____ _____ _____ - _____ _____ _____ _____

**2.      Claim Information.**

Page 2 of this claim form requests information regarding the treatment for which you seek payment under the settlement. In lieu of answering questions a–k, you may attach a copy of the latest EOR you received regarding the treatment. If you seek payment for more than one treatment, please photocopy Page 2 and complete a separate copy (and provide a separate EOR) regarding each treatment for which you seek payment.

**3.      Required Documentation.**

You need to attach any of the following that you have in your possession:

- Any documents you received from Liberty regarding the claim, including Explanations of Benefits (EOBs), Explanations of Payments (EOPs), or Explanations of Reviews (EORs), and correspondence regarding the claim; and

- Any documents showing whether any person other than Liberty was billed for–or paid–any of the cost of any covered treatment (e.g., copies of any EOBs, EOPs, or EORs, medical bills, correspondence, and/or insurance claim forms related to the covered treatment and copies of any cancelled checks or other documents demonstrating payment for the covered treatment).

**4.      Sign and Date Your Claim Form.**

I certify under penalty of perjury that I have read this Claim Form; I believe I am eligible for Class Membership; all of the information on this Claim Form is true and correct to the best of my knowledge; I have made a diligent search for the documents described in Part 3 above; and I have attached to or enclosed with this Claim Form all such documents that I have been able to locate.

Signature: _____ Date: _____ _____ / _____ _____ / _____ _____ _____

Print Name: _____

**5.      Mail Your Claim Form.**

Claim Form must be postmarked by April 6, 2015 and mailed to:

Liberty Lebanon Claims
P.O. Box 1986
Faribault, MN 55021-6182









**CLAIM INFORMATION ABOUT TREATMENTS.**

Please provide the following information regarding the treatment for which you seek payment under the settlement. In lieu of answering questions a-k, you may attach a copy of the latest EOB, EOP, or EOR you received regarding the treatment. If you seek payment for more than one treatment, please photocopy this page as necessary and complete a separate copy regarding each treatment for which you seek payment.

a.   Name of person treated: _____

b.   Number and Street: _____

c.   City: _____ State: _____ Zip Code: _____

d.   Approximate Date of Accident: _____ / _____ / _____

e.   Approximate Date of Treatment: _____ / _____ / _____

f.   Nature of the treatment: _____

g.   Approximate date you submitted Claim to Liberty: _____ / _____ / _____

h.   Liberty Policy Number (if known): _____

i.   Liberty Claim Number (if known): _____

j.   Total amount you billed for this treatment: $ _____

k.   Total amount paid by Liberty for this treatment: $ _____

l.   Amount, if any, you billed to Patient/Claimant for any balance unpaid by Liberty: $ _____

m.   If you sent a bill to the Patient/Claimant for the balance unpaid by Liberty, how much, if anything, did you receive in response to that bill:

     $ _____

n.   Amount, if any, you billed to any other insurance company for this treatment: $ _____

o.   If you sent a bill to another insurance company for this treatment, how much did you receive in response to that bill: $ _____

**A NOTE ABOUT CLAIMS ADMINISTRATION.**

Please be patient. If your claim is approved you will receive a letter telling you what your payment will be. The letter will explain the process and deadlines to resolve any disagreement you may have with your payment amount.

# EXHIBIT E

CIRCUIT COURT OF THE STATE OF ILLINOIS IN THE COUNTY OF ST. CLAIR

# Legal notice about a class action settlement involving payment of medical expenses under Liberty auto policies.

*A court authorized this notice. This is not a solicitation from a lawyer.*

- A proposed settlement has been reached in a class-action lawsuit about payments to medical providers and injured people for medical treatment under certain auto policies issued by several insurance company affiliates of Liberty Mutual and Safeco (together called "Liberty"; *see* page 3)

- The settlement will pay money to eligible people who submit valid claim forms.

- If you are included in the settlement, your legal rights will be affected whether you act, or don't act. Read this notice carefully.

| CLASS MEMBERS' RIGHTS AND OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| SUBMIT A CLAIM FORM | Claimant and Provider Class members can request a payment, as described in this notice. |
| ASK TO BE EXCLUDED | Get no payment. The only option that allows you to sue Liberty over the claims resolved by this settlement. |
| OBJECT | Write to the Court about why it should reject the settlement. |
| GO TO A HEARING | Ask to speak in Court about an objection. |
| DO NOTHING | Get no payment. Give up rights. |

- These rights and options—and the deadlines to exercise them—are explained in this notice.

- The Court in charge of this case still has to decide whether to approve the settlement. Money will be distributed if the Court does so, and after any appeals are resolved. Please be patient.

## WHAT THIS NOTICE CONTAINS

Page

BASIC INFORMATION ....................................................................................................................3
1.      Why was this notice issued?                                                                3
2.      What Liberty insurance companies are part of the settlement?                             3
3.      What is this lawsuit about?                                                               3
4.      What is a covered medical treatment?                                                      3
5.      What is a class action?                                                                   3
6.      Why is there a settlement?                                                                3

WHO IS IN THE SETTLEMENT ...........................................................................................................4
7.      How do I know if I am part of the settlement?                                             4
8.      How do I know if I am part of the Policyholder Subclass?                                  5
9.      How do I know if I am part of the Claimant Subclass?                                      5
10.     How do I know if I am part of the Provider Subclass?                                      6
11.     What is the Ingenix MDR database?                                                         6
12.     What determination did Liberty make about my reimbursement?                              6
13.     Are there exceptions to being included?                                                  6
14.     I'm still not sure I'm included.                                                         6

THE SETTLEMENT BENEFITS—WHAT YOU GET....................................................................................7
15.     What does the settlement provide?                                                         7
16.     How do I qualify for a payment if I'm a Policyholder Subclass member?                     7
17.     How do I qualify for a payment if I'm a Claimant Subclass member?                         7
18.     How do I qualify for a payment if I'm a Provider Subclass member?                         7
19.     How much will my payment be?                                                              7

HOW TO GET A PAYMENT—SUBMITTING A CLAIM FORM ..............................................................................8
20.     How can I get a payment?                                                                  8
21.     When will I get my payment?                                                               8
22.     What if I disagree with the amount of my payment?                                         8
23.     What am I giving up to get a payment or stay in the Class?                                8

EXCLUDING YOURSELF FROM THE SETTLEMENT .......................................................................................8
24.     How do I get out of the settlement?                                                       8
25.     If I don't exclude myself, can I sue Liberty for the same thing later?                    9
26.     If I exclude myself, can I get a payment from this settlement?                            9

THE LAWYERS REPRESENTING YOU ....................................................................................................9
27.     Do I have a lawyer in this case?                                                          9
28.     How will the lawyers be paid?                                                             9

OBJECTING TO THE SETTLEMENT .......................................................................................................9
29.     How do I ask the Court to reject the settlement?                                          9
30.     What's the difference between objecting and asking to be excluded?                       10

THE COURT'S FAIRNESS HEARING ....................................................................................................10
31.     When and where will the Court decide whether to approve the settlement?                  10
32.     Do I have to come to the hearing?                                                         10
33.     May I speak at the hearing?                                                               10

IF YOU DO NOTHING ..................................................................................................................10
34.     What happens if I do nothing at all?                                                     10

GETTING MORE INFORMATION .........................................................................................................11
35.     How do I get more information about the settlement?                                       11

## BASIC INFORMATION

**1.     Why was this notice issued?**

A Court authorized this notice because you have a right to know about a proposed settlement of this class action, including the right to claim money, and about all of your options, before the Court decides whether to give "final approval" to the settlement. If the Court approves the settlement, and after any appeals are resolved, payments will be made to everyone who submitted a valid claim. This notice explains the lawsuit, the settlement, your legal rights, what benefits are available, who may be eligible for them, and how to get them.

Judge Lopinot in the Circuit of Illinois for St. Clair County is overseeing this class action. The case is known as *Lebanon Chiropractic Clinic, P.C. v. Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Safeco Insurance Company of America, and Safeco Insurance Company of Illinois*, Case No. 14-L-521. The people who sued are called the "Plaintiffs," and the companies they sued, together referred to as "Liberty," are called the "Defendants."

**2.     What Liberty insurance companies are part of the settlement?**

The settlement includes these "Liberty" insurers: Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, The First Liberty Insurance Corporation, Liberty Personal Insurance Company, Liberty Insurance Corporation, Liberty Lloyds of Texas Insurance Company, LM General Insurance Company, LM Personal Insurance Company, Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana, Safeco Insurance Company of Oregon, Safeco National Insurance Company, Safeco Surplus Lines Insurance Company, General Insurance Company of America, First National Insurance Company of America, American States Insurance Company, American States Preferred Insurance Company, and American Economy Insurance Company.

**3.     What is this lawsuit about?**

The lawsuit claimed that Liberty improperly used undisclosed computerized bill-review systems to limit payments to medical providers and/or reimbursements to injured people for medical treatments covered by the Medical Payments ("MedPay") and Personal Injury Protection ("PIP") coverage provided under personal auto policies. Liberty has denied all of these claims, and maintains that it did not act wrongfully or unlawfully.

**4.     What is a covered medical treatment?**

A covered medical treatment includes any medical treatment, medical service, medication, or prosthesis for an injury covered by the MedPay and/or PIP coverage provided by the personal auto policy.

**5.     What is a class action?**

In a class action, one or more people called "Class Representatives" (in this case, Lebanon Chiropractic Clinic, P.C.) sue on behalf of people who have similar claims. All these people are a "Class" or "Class members." One court resolves the issues for all Class members, except for those who exclude themselves from the Class.

**6.     Why is there a settlement?**

The Court did not decide in favor of Plaintiff or Liberty. Instead, both sides agreed to settle. That way, they avoid the cost of a trial, and the people affected will get compensation. The Class Representatives and their attorneys think the settlement is best for all Class members. The settlement does not mean that Liberty did anything wrong.

## WHO IS IN THE SETTLEMENT

To see if you can get benefits from this settlement, you first have to decide if you are a Class member.

### 7. How do I know if I am part of the settlement?

The settlement involves claims for medical expenses under personal auto policies issued by Liberty during certain dates (called the "Class Period") and delivered to policyholders in the following "Settlement States": Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, District of Columbia, Georgia, Idaho, Illinois, Indiana, Iowa, Kansas, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, North Carolina, North Dakota, Ohio, South Carolina, South Dakota, Tennessee, Texas, Vermont, Virginia, Washington, Wisconsin and Wyoming.

Class Period: The "Class Period" for the settlement varies by state:

- Alaska, California, Colorado, District of Columbia, Maryland, Michigan, New Hampshire, North Carolina, South Carolina, and Texas: June 25, 2010, through October 31, 2014;
- Arkansas, Idaho, Kansas, Missouri, Nebraska, and Virginia: June 25, 2009, through October 31, 2014;
- Alabama, Arizona, Connecticut, Georgia, Maine, Massachusetts, Minnesota, Mississippi, Nevada, New Mexico, North Dakota, South Dakota, Tennessee, Vermont, Washington, and Wisconsin: June 25, 2008, through October 31, 2014;
- Montana and Ohio: June 25, 2006, through October 31, 2014;
- Illinois, Indiana, Iowa, Louisiana, and Wyoming: June 25, 2004, through October 31, 2014;

The settlement includes three different subclasses:

Policyholder Subclass: Every person who, on October 31, 2014, was named as an insured in a personal automobile policy that was delivered by Liberty or one of its agents to a policyholder in one of the Settlement States and that provided MedPay or PIP coverage (a "Liberty Policy").

Claimant Subclass: Every person who, during the Class Period:

- suffered an injury covered by the MedPay or PIP coverage provided by a Liberty Policy,
- received a covered treatment for the covered injury,
- submitted (including by others on his or her behalf) a claim for payment or reimbursement of the costs of the covered treatment under the MedPay and/or PIP coverage provided by the Liberty Policy, and
- received from Liberty as payment or reimbursement for at least one covered treatment (through payments to himself, herself, or to others on his or her behalf) an amount that was less than the charge billed for that treatment because Liberty or one of its agents determined solely through the use of a computerized bill-review system that the charge billed for that treatment exceeded the usual, customary, or reasonable amount for that treatment.

Provider Subclass: Every person who, during the Class Period:

- provided covered treatment to a member of the Claimant Subclass for a covered injury,
- sought payment for that covered treatment under the MedPay or PIP coverage provided by the Liberty Policy, and
- received from Liberty as payment for the covered treatment an amount that was less than the charge billed for that treatment because Liberty or one of its agents determined solely through the use of a computerized bill-review system that the charge billed for that treatment exceeded the usual, customary, or reasonable amount for that treatment.

## 8. How do I know if I am part of the Policyholder Subclass?

This series of questions may help you decide if you are part of the Policyholder Subclass:

- Did you buy (or were you named as an insured in) a personal auto policy issued by one of the Liberty insurers listed under Question 2?
  If Yes, continue. If No, stop - you are not a Policyholder Subclass member.

- Was the policy in force on October 31, 2014?
  If Yes, continue. If No, stop - you are not a Policyholder Subclass member.

- Was the policy delivered in one of the Settlement States listed under Question 7?
  If Yes, continue. If No, stop - you are not a Policyholder Subclass member.

- Did the policy provide MedPay or PIP coverage?
  If Yes, continue. If No, stop - you are not a Policyholder Subclass member.

If you answered yes to ALL of these questions you are probably a Policyholder Subclass member. Please see Question 9 to see if you are included in the Claimant Subclass.

## 9. How do I know if I am part of the Claimant Subclass?

This series of questions may also help you decide if you are part of the Claimant Subclass. You do not have to be a Liberty policyholder to be in this Subclass. Answer the following questions for the Class Period defined for your state under Question 7:

- Did you suffer an injury covered by the MedPay or PIP coverage provided by a personal auto policy that was issued by one of the Liberty insurers listed under Question 2?
  If Yes, continue. If No, stop - you are not a Claimant Subclass member.

- Was the policy delivered in one of the Settlement States listed under Question 7?
  If Yes, continue. If No, stop - you are not a Claimant Subclass member.

- Did you receive a covered medical treatment for your injury?
  If Yes, continue. If No, stop - you are not a Claimant Subclass member.

- Did you seek payment for this covered treatment under the MedPay or PIP coverage provided by the Liberty Policy (or did someone else seek payment on your behalf)?
  If Yes, continue. If No, stop - you are not a Claimant Subclass member.

- Did you (or someone else on your behalf) receive, for at least one covered treatment, a reimbursement that was less than the amount billed for that treatment?
  If Yes, continue. If No, stop - you are not a Claimant Subclass member.

- Did you (or someone else on your behalf) receive a written Explanation of Benefits (EOB), Explanation of Payment (EOP), or Explanation of Review (EOR) indicating that Liberty or one of its agents determined that the amount billed for that treatment exceeded the usual, customary, or reasonable allowance for that treatment?
  If Yes, continue. If No, stop - you are not a Claimant Subclass member.

If you answered yes to ALL of these questions you are probably a Claimant Subclass member. Note that you don't have to be a Liberty policyholder to be in the Claimant Subclass.

**10. How do I know if I am part of the Provider Subclass?**

This series of questions may help you decide if you are part of the Provider Subclass. A provider includes a medical provider, that is, any hospital, clinic, pharmacy, physician, physician's assistant, chiropractor, nurse, nurse practitioner, emergency medical technician, and/or any other person who provided medical treatment, medical services, medication, or prosthesis for an injury covered by MedPay or PIP coverage provided by the personal auto policy. Answer the following questions for the Class Period defined for your state under Question 7:

- Did you provide a covered treatment to a member of the Claimant Class described under Question 7?
  If Yes, continue. If No, stop - you are not a Provider Subclass member.

- Did you seek payment for that covered treatment under the MedPay or PIP coverage provided by a Liberty Policy described under Question 7?
  If Yes, continue. If No, stop - you are not a Provider Subclass member.

- Did you receive from Liberty, for at least one covered treatment, a reimbursement that was less than the amount billed for that treatment?
  If Yes, continue. If No, stop - you are not a Provider Subclass member.

- Did you (or someone else on your behalf) receive a written Explanation of Benefits (EOB), Explanation of Payment (EOP), or Explanation of Review (EOR) indicating that Liberty or one of its agents determined that the amount billed for that treatment exceeded the usual, customary, or reasonable amount for that treatment?
  If Yes, continue. If No, stop - you are not a Provider Subclass member.

If you answered yes to ALL of these questions you are probably a Provider Subclass member.

**11. What are Ingenix and FAIRHealth databases?**

The Ingenix MDR database was a large database containing information regarding medical providers and amounts they charged for particular medical services. Liberty used information from the Ingenix MDR database to calculate the usual and customary charges for specific medical services within a particular geographic area. In June 2011, Liberty discontinued use of the Ingenix MDR database and began using new medical-charge databases maintained and distributed by a non-profit company called FAIRHealth. The FAIRHealth databases were created to address criticisms that were raised about Ingenix databases.

**12. How do I know whether Liberty used an Ingenix or FAIRHealth datatbase to make a determination about my reimbursement?**

Liberty's use of an Ingenix or FAIRHealth database would have been noted in a written Explanation of Benefits (EOB), Explanation of Payment (EOP), or Explanation of Review (EOR) that came from Liberty about your claim or with your payment by a statement that the amount billed for treatment exceeded the usual, customary, or reasonable amount or allowance.

**13. Are there exceptions to being included?**

The attorneys representing the Class, all released parties, "Neutral Evaluators," and Illinois judges are not included in the Class. Neutral Evaluators are people who will help the Court resolve disputes about claims in the settlement (*See* Question 22).

**14. I'm still not sure I'm included.**

If you are not sure whether you are included in the Class, you may call the toll free number 1-866-591-7240 with questions.

## THE SETTLEMENT BENEFITS—WHAT YOU GET

### 15.    What does the settlement provide?

The settlement will pay cash to eligible Claimant and Provider Subclass members who timely submit properly completed claim forms. Although there is no cap on the total amount of such payments, Liberty estimates that the total payable to Claimant and Provider Subclass members in accordance with the Settlement is approximately $3.6 million.

The settlement also provides that, over the next five years, Liberty will use the publicly available FairHealth database and agreed methods to to determine the amount to pay providers and/or reimburse claimants for covered MedPay and PIP claims, and Liberty will publicize those methods on its website, www.libertymutual.com, and in materials provided to policyholders, claimants, and medical providers. A Settlement Agreement, available at www.LebanonPipSettlement.com, describes all of the details about the proposed settlement.

### 16.    How do I qualify for a payment if I'm a Policyholder Subclass member?

To be eligible for a payment, you must also be a member of the Claimant or Provider Subclass.

### 17.    How do I qualify for a payment if I'm a Claimant Subclass member?

You're eligible as a Claimant Subclass member if you show you paid a medical provider at least a portion of the difference between (a) the amount billed by the provider for a covered treatment and (b) the amount reimbursed by Liberty for that treatment due to its determination through use of Ingenix MDR databases that the charge billed for the treatment exceeded the usual, customary, or reasonable amount for that treatment.

### 18.    How do I qualify for a payment if I'm a Provider Subclass member?

You're eligible as a Provider Subclass member if you show that you did not collect from the patient or any other source the full amount of the difference between (a) the amount billed for a covered treatment and (b) the amount reimbursed by Liberty for that treatment due to its determination through use of Ingenix MDR databases that the amount billed for that treatment exceeded the usual, customary, or reasonable amount for that treatment.

### 19.    How much will my payment be?

Payments to eligible Subclass members will be 50% of the amount of money that you show you lost as a result of the "differences" described in the table below.

| | |
|---|---|
| CLAIMANT SUBCLASS | If you paid any portion of the difference between (a) the amount billed for a treatment and (b) the amount Liberty reimbursed for that treatment through Liberty's use of Ingenix MDR databases, **you're eligible for 50% of that difference that you paid.** |
| PROVIDER SUBCLASS | If you received payment from Liberty that was less than the amount charged for a treatment through Liberty's use of Ingenix MDR databases, **you're eligible for 50% of that difference that you didn't collect from the patient or another source.** |

## HOW TO GET A PAYMENT—SUBMITTING A CLAIM FORM

### 20.     How can I get a payment?

To ask for a payment, you must complete and submit a claim form.  There are separate claim forms for the Claimant and Provider Subclasses.  You can get the claim forms at www.LebanonPipSettlement.com or by calling the Settlement Administrator at 1-866-591-7240.  You'll need to attach any documents that you have regarding the claim.  *See* Section 3 of the claim forms for more details on the required documentation.  Please read the instructions carefully, fill out the claim form and mail it postmarked no later than **April 6, 2015** to:

> Liberty Lebanon Claims
> P.O. Box 1986
> Faribault, MN 55021-6182

### 21.     When will I get my payment?

The payments will be mailed to Class members who send in valid claim forms on time, after the Court grants "final approval" of the settlement, and any appeals are resolved.  If Judge Lopinot approves the settlement after a hearing on **February 5, 2015** (see the section "The Court's Fairness Hearing" below), there may be appeals.  It's always uncertain whether these appeals can be resolved, and resolving them can take time.  Please be patient.

### 22.     What if I disagree with the amount of my payment?

There is a process in the settlement to resolve disagreements between you and Liberty over how much money you should get.  You will get further details in the letter you receive about your payment amount.  The Settlement Agreement available at www.LebanonPipSettlement.com also provides more information.

### 23.     What am I giving up to get a payment or stay in the Class?

Unless you exclude yourself, you are staying in the Class, and that means that you can't sue Liberty over the claims settled in *this* case.  It also means that all of the Court's orders will apply to you and legally bind you.  If you submit a claim form, or simply stay in the Class, you will agree to "release and discharge" Liberty as described in sections 19-20, 27 and 41-43 of the Settlement Agreement.  A complete copy of the Settlement Agreement can be obtained at www.LebanonPipSettlement.com.  The Settlement Agreement specifically describes the released claims in necessarily accurate legal terminology.  Talk to Class Counsel (*See* the section on "The Lawyers Representing You" below) or your own lawyer if you have questions about the released claims or what they mean.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you don't want a payment from this settlement, but you want to keep the right to sue Liberty about the issues in this case, then you must take steps to get out.  This is called excluding yourself from—or is sometimes referred to as "opting out" of—the Settlement Class.

### 24.     How do I get out of the settlement?

To exclude yourself from the settlement, you must send a letter by mail saying that you want to be excluded from *Lebanon Chiropractic Clinic, P.C. v. Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Safeco Insurance Company of America, and Safeco Insurance Company of Illinois.*  Be sure to include the case number (No. 14-L-521), your full name, address, telephone number, and your signature.  You must mail your request for exclusion postmarked by **January 22, 2015** to:

Liberty Exclusions
P.O. Box 1986
Faribault, MN 55021-6182

You can't exclude yourself on the phone, by email, or at the website.

## 25.   If I don't exclude myself, can I sue Liberty for the same thing later?

No.  Unless you exclude yourself, you give up any right to sue Liberty for the claims that this settlement resolves.  You must exclude yourself from this Class to sue Liberty over the claims resolved by this settlement.  Remember, the exclusion deadline is **January 22, 2015.**

## 26.   If I exclude myself, can I get a payment from this settlement?

No.  If you exclude yourself, do not submit a claim form to ask for a payment.

# THE LAWYERS REPRESENTING YOU

## 27.   Do I have a lawyer in this case?

The Court appointed Robert W. Schmieder II and Bradley M. Lakin of SL Chapman LLC in St. Louis, MO to represent you and other Class members as "Class Counsel."  You do not have to pay Class Counsel.  If you want to be represented by your own lawyer, and have that lawyer appear in court for you in this case, you may hire one at your own expense.

## 28.   How will the lawyers be paid?

Class Counsel will ask the Court for $1,200,000 to cover attorneys' fees and reimbursement of their expenses, and $3,000 to be awarded to the Class Representatives.  Liberty has agreed not to oppose these fees, expenses, and awards up to the amounts above.  The Court may award less than these amounts.  Liberty will separately pay the fees, expenses, and awards that the Court orders.  These payments will not reduce the amount distributed to Class members.  Liberty will also separately pay the costs to administer the settlement.

# OBJECTING TO THE SETTLEMENT

If you object to the settlement, you can ask the Court to reject it.  The Court will consider your views.

## 29.   How do I ask the Court to reject the settlement?

If you don't want the Court to approve the settlement you must file a written objection that identifies the case, *Lebanon Chiropractic Clinic, P.C. v. Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Safeco Insurance Company of America, and Safeco Insurance Company of Illinois,* (No. 14-L-521, with the Circuit Court of St. Clair County, Illinois and send a copy to Class Counsel as noted below.  Be sure to include your full name, address, telephone number, your signature, the specific reasons why you object to the settlement, with legal and factual support for each objection, and indicate whether you or your attorney will appear at the fairness hearing (*See* the section on the "Court's Fairness Hearing" below).  If you or your attorney will appear at the fairness hearing, also include the following:

- name, address, bar number and telephone number of your attorney;
- list of any witnesses you intend to call at the fairness hearing, including the address of each witness and a summary of his or her proposed testimony; and
- copies of all exhibits you intend to introduce at the fairness hearing.

| File the objection with the Clerk of the Court at the address below by **January 22, 2015**: Note: You may send it by mail, but it must be received and filed by the Clerk by this date: | Mail a copy of the objection to Class Counsel at the following address so that it is postmarked by **January 22, 2015**: |
|---|---|
| **COURT** | **CLASS COUNSEL** |
| Clerk of the Court Circuit Court of St. Clair County, Illinois St. Clair County Building #10 Public Square Belleville, IL 62220 | Robert W. Schmieder II SL Chapman LLC 330 N 4th St, St. Louis, MO 63102 |

**30.  What's the difference between objecting and asking to be excluded?**

Objecting is telling the Court that you oppose approval of the settlement. You can object only if you stay in the Class. Excluding yourself is telling the Court that you don't want to be part of the Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

## THE COURT'S FAIRNESS HEARING

The Court will hold a hearing to decide whether to approve the settlement. You may attend and you may ask to speak, but you don't have to.

**31.  When and where will the Court decide whether to approve the settlement?**

The Court has scheduled a Fairness Hearing at 9:00 a.m. on **February 5, 2015**, at the Courtroom of the Circuit Court of St. Clair County, Illinois, St. Clair County Building, #10 Public Square, Belleville, IL 62220. At this hearing, the Court will consider whether the settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Judge will listen to people who have asked to speak about an objection according to Question 29 above. The Court may also decide how much to award Class Counsel as fees for representing the Class. At or after the hearing, the Court will decide whether to approve the settlement. We do not know how long this decision will take. The hearing may be moved to another day, time, or location, so check the website below for updates.

**32.  Do I have to come to the hearing?**

No. Class Counsel will answer questions that the Judge may have. But, you are welcome to come at your own expense. If you send an objection, you don't have to come to Court to talk about it. As long as you filed and mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it's not necessary.

**33.  May I speak at the hearing?**

If you submitted an objection to the settlement and indicated you want to speak at the Fairness Hearing (be sure you provide all the information and follow all the instructions in Question 29), you may ask the Court for permission to speak at the Fairness Hearing. You cannot speak at the hearing if you exclude yourself.

## IF YOU DO NOTHING

**34.  What happens if I do nothing at all?**

If you do nothing, you'll get no payment from this settlement. But, unless you exclude yourself, you won't be able to sue Liberty for the claims resolved in this case.

## GETTING MORE INFORMATION

**35.   How do I get more information about the settlement?**

This notice summarizes the proposed settlement.  More details are in a Settlement Agreement, which is available at www.LebanonPipSettlement.com.  If you have questions, visit the website, or call 1-866-591-7240 or write to Liberty Lebanon Claims at P.O. Box 1986, Faribault, MN 55021-6182.  Do not contact the Court.