# EXHIBIT M

**LARA Corporations Online Filing System**

**Department of Licensing and Regulatory Affairs**

**ID Number: 800961658**

Request certificate    New search

**Summary for:  UNIVERSITY NEUROSURGICAL ASSOCIATES, P.C.**

**The name of the DOMESTIC PROFESSIONAL CORPORATION:**   UNIVERSITY NEUROSURGICAL ASSOCIATES, P.C.

**Entity type:**   DOMESTIC PROFESSIONAL CORPORATION

**Identification Number:** 800961658 **Old ID Number:** 212493

**Date of Incorporation in Michigan:**   10/02/1981

**Term:**   Perpetual

**Most Recent Annual Report:**   2018          **Most Recent Annual Report with Officers & Directors:**   2018

**The name and address of the Resident Agent:**

Resident Agent Name:          ROBERT R JOHNSON II MD

Street Address:          29275 NORTHWESTERN HWY STE 100

Apt/Suite/Other:

City:          SOUTHFIELD          State:   MI          Zip Code:   48034

**Registered Office Mailing address:**

P.O. Box or Street Address:          29275 NORTHWESTERN HWY STE 100

Apt/Suite/Other:

City:          SOUTHFIELD          State:   MI          Zip Code:   48034

**The Officers and Directors of the Corporation:**

| Title | Name | Address |
|---|---|---|
| PRESIDENT | ROBERT R. JOHNSON II MD | 29275 NORTHWESTERN HWY STE 100 SOUTHFIELD, MI 48034 USA |
| TREASURER | MIGUEL LIS-PLANELLS | 29275 NORTHWESTERN HWY STE 100 SOUTHFIELD, MI 48034 USA |
| SECRETARY | DANIEL B. MICHAEL, MD PHD | 29275 NORTHWESTERN HWY STE 100 SOUTHFIELD, MI 48034 USA |
| DIRECTOR | RICHARD D. FESSLER | 29275 NORTHWESTERN HWY STE 100 SOUTHFIELD, MI 48034 USA |

**Total Authorized Shares:** 50,000

☐ **Written Consent**

View Assumed Names for this Business Entity

**View filings for this business entity:**

ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION
CERTIFICATE OF AMENDMENT TO THE ARTICLES OF INCORPORATION

View filings

**Comments or notes associated with this business entity:**

LARA FOIA Process     Transparency     Office of Regulatory Reinvention     State Web Sites

Michigan.gov Home     ADA     Michigan News     Policies

Copyright 2018 State of Michigan