# EXHIBIT P

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN HEAD &
SPINE INSTITUTE, P.C.,

    Plaintiff,

Case No. 2:17-cv-13815-SFC-DRG

v.

LIBERTY MUTUAL INSURANCE
COMPANY and LIBERTY MUTUAL
FIRE INSURANCE COMPANY,

    Defendants.

Hon. Sean F. Cox

Magistrate David R. Grand

---

**AFFIDAVIT OF THOMAS R. SUTCLIFFE IN SUPPORT OF LIBERTY MUTUAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

I, Thomas R. Sutcliffe, being duly sworn, do on oath depose and state as follows:

1.    I am an attorney with Prince Lobel Tye LLP.  I am counsel to Liberty Mutual Insurance Company and Liberty Mutual Fire Insurance Company (collectively, "Liberty") in the above action.

2.    Exhibit B to the Appendix of Exhibits in Support of Liberty's Motion for Summary Judgment ("Appendix") is a true and accurate copy of Michigan Personal Auto Policy Jacket AUTO 3422 Ed. 6-94 R1.

3.      Exhibit C to the Appendix is a true and accurate copy of Illinois Personal Auto Policy Jacket AUTO 3615 Ed. 6-98.

4.      Exhibit D to the Appendix is a true and accurate copy of the Complaint filed on June 25, 2014 in <u>Lebanon Chiropractic Clinic, P.C., v. Liberty Mutual Insurance Company, et al.</u>, Illinois Circuit Court for St. Clair County, Case No. 14-1-521 ("<u>Lebanon</u>").

5.      Exhibit E to the Appendix is a true and accurate copy of the Illinois Appellate Court's decision in <u>Lebanon</u>, 2016 IL App (5th) 150111-U (Feb. 9, 2016).

6.      Exhibit F is a true and accurate copy of the Stipulation of Settlement in <u>Lebanon</u>, without exhibits, dated October 30, 2014.

7.      Exhibit G is a true and accurate copy of the Order Preliminarily Approving Class Settlement in <u>Lebanon</u>, without exhibits, dated October 31, 2014.

8.      Exhibit I is a true and accurate copy of the Order Modifying Class Settlement Schedule in <u>Lebanon</u>, dated December 2, 2014.

9.      Exhibit J is a true and accurate copy of the Final Order and Judgment Approving Settlement and Dismissing this Action with Prejudice in <u>Lebanon</u>, dated February 23, 2015.

iManageDB1\100887\000107\2950602.v1-5/22/18

10.    Exhibit K is a true and accurate copy of an Objection to Proposed Class Action Settlement, dated January 15, 2015, filed in <u>Lebanon</u> by Attorney Brian McNiff.

11.    Exhibit L is a true and accurate copy of the Notice of Intention to Object of Dr. Gregory Gordon, D.C., without exhibits, filed in <u>Lebanon</u>, dated January 21, 2015.

12.    Exhibit M is a true and accurate copy of a Printout from the Michigan Secretary of State's Website generated on April 10, 2018.

13.    Exhibit N is a true and accurate copy of the Supplemental Affidavit of Kim Schmidt filed in <u>Lebanon</u>, dated February 13, 2015.

SIGNED UNDER THE PENALTY OF PERJURY THIS 22nd DAY OF May, 2018.

Thomas R. Sutcliffe

3