# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHIGAN HEAD &
SPINE INSTITUTE, P.C.,

    Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY and LIBERTY MUTUAL
FIRE INSURANCE COMPANY,

    Defendants.

Case No. 2:17-cv-13815-SFC-DRG

Hon. Sean F. Cox

Magistrate David R. Grand

---

**SUPPLEMENTAL AFFIDAVIT OF PRESTON R. FISCHER IN SUPPORT**
**OF LIBERTY MUTUAL INSURANCE COMPANY'S MOTION FOR**
**SUMMARY JUDGMENT**

I, Preston Ross Fischer, being duly sworn, do on oath depose and state as follows:

1. I work for Liberty Mutual Insurance Company ("Liberty") as a Claims Manager. The following is based upon my personal knowledge and Liberty's business records, which I have reviewed and with which I am familiar as part of my job functions.

2. I have reviewed Exhibit A to MHSI's First Amended Complaint in this action, which is a list of 554 reductions that Liberty took to PIP claims submitted by MHSI.

iManageDB1\100887\000088\2842267.v1-11/29/17
iManageDB1\100887\000107\2994575.v1-7/12/18

3.      I reviewed Liberty's business records and have been able to find records for 530 of the claims MHSI lists.[1]  Of those 530 line items, 484 are reductions involving Liberty's use of the <u>Lebanon</u> settlement process. That is, Liberty paid those claims based on the 80th percentile of charges as indicated in the FAIR Health database for the same service performed in the same geographic area as MHSI.  (For 27 of those 484 FAIR Health reductions, Liberty also made additional adjustments based on what it believes were various billing and coding errors by MHSI, the total value of which is relatively small.)

4.      In sum, of the 530 adjustments, only 46 reductions were not related to <u>Lebanon</u> or FAIR Health.

SIGNED UNDER THE PENALTY OF PERJURY THIS 12th DAY OF JULY, 2018.

_____
Preston Ross Fischer

---

[1] Many of the remaining 24 entries appear to be duplicates. The rest appear to have been included in error.

iManageDB1\100887\000107\2994575.v1-7/12/18